UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ERIC WILLIAMS

Plaintiff(s),

v.

BOSTON SCIENTIFIC CORPORATION

Defendant(s).

No. C 08-01437

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: March 17, 2008

Signature: _____

Counsel for Defendants
(Plaintiff, Defendant, or indicate "pro se")