1  CECILY A. WATERMAN, State Bar No. 063502
   JENNIFER A. LOCKHART, State Bar No. 236972
2  MORGAN, LEWIS & BOCKIUS LLP
   One Market
3  Spear Street Tower
   San Francisco, CA 94105
4  Tel: 415.442.1000
   Fax: 415.442.1001
5
   Attorneys for Defendants
6  BOSTON SCIENTIFIC CORPORATION, JAMES
   TOBIN, WILLIAM R. ROSKOPF, JENNIFER A.
7  HEGNER AND THOMAS J. O'CONNELL, JR.

8

9              UNITED STATES DISTRICT COURT

10           FOR THE NORTHERN DISTRICT OF CALIFORNIA

11 | ERIC WILLIAMS,                       | Case No. C08-01437 JL
12 |           Plaintiff,                 | **PROOF OF SERVICE**
13 |     vs.                              |
14 | BOSTON SCIENTIFIC CORPORATION,       |
   | JAMES TOBIN, WILLIAM R. ROSKOPF,     |
15 | JENNIFER A. HEGNER AND THOMAS J.     |
   | O'CONNELL, JR., and DOES 1 through 10,|
16 | inclusive,                           |
17 |           Defendants.                |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

                          1                      Case No. C08-01437 JL
                      PROOF OF SERVICE

## PROOF OF SERVICE

I am a resident of the State of California and over the age of eighteen years and not a party to the within-entitled action; my business address is One Market, Spear Street Tower, San Francisco, California 94105-1126.

On March 17, 2008, I served the within document(s): DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery.

☐ by causing the document(s) listed above to be personally delivered at to the person(s) at the address(es) set forth below.

☐ by transmitting via electronic mail the document(s) listed above to each of the person(s) as set forth below.

David Scher, Esq.
The Employment Law Group, P.C.
888 17th Street, NW, Suite 900
Washington, DC 2006
Tel: 202.261.2806; Fax: 202.261.2835

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on March 17, 2008, at San Francisco, California.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this court at whose direction the service was made, and that the foregoing is true and correct.

_____
Patricia De La Hoya Murphy

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7677694.1

PROOF OF SERVICE