IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC WILLIAMS,<br><br>    Plaintiff,<br><br>  v.<br><br>BOSTON SCIENTIFIC CORPORATION, JAMES TOBIN, WILLIAM R. ROSKOPF, JENNIFER A. HEGNER, THOMAS J. O'CONNELL, JR., AND DOES 1 through 10, inclusive,<br><br>    Defendants.<br>                                                                  / | No. C 08-01437 WHA<br><br>**ORDER RE BRIEFING SCHEDULE** |

The Court has received plaintiff's motion to enlarge time for plaintiff to oppose defendants' motion to stay proceedings and/or to dismiss. The parties should proceed under the following schedule. Plaintiff must file his motion to remand by **APRIL 10, 2008**. Plaintiff's opposition to defendants' motion to stay and defendants' opposition to plaintiff's motion to remand will both be due on **APRIL 24, 2008**. Plaintiff and defendants' reply briefs will be due on **MAY 1, 2008**. The current hearing date for defendants' motion to stay proceedings is **VACATED**. The hearing on both motions will be held on **MAY 15, 2008**.

**IT IS SO ORDERED.**

Dated: April 7, 2008.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE