1  CECILY A. WATERMAN, State Bar No. 063502
   JENNIFER A. LOCKHART, State Bar No. 236972
2  MORGAN, LEWIS & BOCKIUS LLP
   One Market
3  Spear Street Tower
   San Francisco, CA 94105
4  Tel: 415.442.1000
   Fax: 415.442.1001
5
   Attorneys for Defendants
6  BOSTON SCIENTIFIC CORPORATION, JAMES
   TOBIN, WILLIAM R. ROSKOPF, JENNIFER A.
7  HEGNER AND THOMAS J. O'CONNELL, JR.

8

                    UNITED STATES DISTRICT COURT
9
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11 | ERIC WILLIAMS,                         | Case No. 3:08-CV-01437-WHA
12 |                    Plaintiff,          | **[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION TO REMAND**
13 |         vs.                            |
   |                                        | Hearing Date:  May 15, 2008
14 | BOSTON SCIENTIFIC CORPORATION,         | Courtroom:     9
   | JAMES TOBIN, WILLIAM R. ROSKOPF,       | Time:          8:00 a.m.
15 | JENNIFER A. HEGNER AND THOMAS J.       | Judge:         Hon. William H. Alsup
   | O'CONNELL, JR., and DOES 1 through 10, |
16 | inclusive,                             |
17 |                    Defendants.         |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-PA/3702634.1                            1                    Case No. 3:08-CV-01437-WHA
[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION TO REMAND

1   After having considered the arguments of counsel and the papers and evidence submitted,
2   it is ordered that Plaintiff Eric Williams' Motion to Remand this action to state court is hereby
3   DENIED.
4   IT IS SO ORDERED:

6   Dated: May ___, 2008

_____
Honorable William H. Alsup

Morgan, Lewis &
Bockius LLP
Attorneys At Law
San Francisco

1-PA/3702634.1                    1                    Case No. 3:08-CV-01437-WHA
[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION TO REMAND