CECILY A. WATERMAN, State Bar No. 063502
JENNIFER A. LOCKHART, State Bar No. 236972
MORGAN, LEWIS & BOCKIUS LLP
One Market
Spear Street Tower
San Francisco, CA 94105
Tel: 415.442.1000
Fax: 415.442.1001

Attorneys for Defendants
BOSTON SCIENTIFIC CORPORATION, JAMES TOBIN, WILLIAM R. ROSKOPF, JENNIFER A. HEGNER AND THOMAS J. O'CONNELL, JR.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC WILLIAMS,<br><br>           Plaintiff,<br><br>vs.<br><br>BOSTON SCIENTIFIC CORPORATION, JAMES TOBIN, WILLIAM R. ROSKOPF, JENNIFER A. HEGNER AND THOMAS J. O'CONNELL, JR.<br><br>           Defendants. | Case No. 3:08-CV-01437-WHA<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS MOTION TO DISMISS OR, UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)<br><br>DATE:         May 15, 2008<br>TIME:          8:00 a.m.<br>COURTROOM:   9<br>JUDGE:  Honorable William H. Alsup |

Defendants' BOSTON SCIENTIFIC CORPORATION, JAMES TOBIN, WILLIAM R. ROSKOPF, JENNIFER A. HEGNER and THOMAS J. O'CONNELL, JR.'s (hereinafter "Defendants") Motion to Dismiss came on for hearing on May 15, 2008, in Department 9 of this Court, the Honorable William H. Alsup presiding. _____ appeared on behalf of Plaintiff Eric Williams; Cecily A. Waterman appeared on behalf of Defendants. After consideration of the papers and pleadings on file and argument of counsel, the Court finds and rules on Defendants' Motion as follows:

Defendant's Motion to Dismiss is GRANTED. _____

IT IS SO ORDERED.

DATED: _____          _____
                                HONORABLE WILLIAM H. ALSUP
                                Case No. 3:08-CV-01437WHA