CECILY A. WATERMAN, State Bar No. 063502
JENNIFER A. LOCKHART, State Bar No. 236972
MORGAN, LEWIS & BOCKIUS LLP
One Market
Spear Street Tower
San Francisco, CA 94105
Tel: 415.442.1000
Fax: 415.442.1001

Attorneys for Defendant
BOSTON SCIENTIFIC CORPORATION


DAVID SCHER, State Bar No. 184562
R. SOTT OSWALD
THE EMPLOYMENT LAW GROUP, P.C.
888 17th Street, NW, Suite 900
Washington, D.C. 20006
Telephone: (202) 261-2806
Facsimile: (202) 261-2835

Attorney for Plaintiff
ERIC WILLIAMS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC WILLIAMS,<br><br>              Plaintiff,<br><br>v.<br><br>BOSTON SCIENTIFIC CORPORATION,<br>JAMES TOBIN, WILLIAM R. ROSKOPF.<br>JENNIFER A. HEGNER AND THOMAS J.<br>O'CONNELL, JR.,<br><br>              Defendants. | Case No. 3:08-CV-01437-WHA<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANT BOSTON SCIENTIFIC CORP.'S DEADLINE TO FILE AN ANSWER TO PLAINTIFF'S COMPLAINT** |

The parties, by and of their counsel of record, hereby stipulate as follows:

1.    On January 30, 2008, Plaintiff Eric Williams filed the instant action against Defendants Boston Scientific Corporation, James Tobin, William R. Roskopf, Jennifer A. Hegner and Thomas J. O'Connell, Jr. (hereinafter "Defendants.") in Alameda County Superior Court, Case No. HG08368500 entitled *Eric Williams v. Boston Scientific Corporation, James Tobin,*

1  *William R. Roskopf, Jennifer A. Haegner and Thomas J. O'Connell, Jr. and DOES 1 through 10,*
2  *inclusive.*

3  2. On March 13, 2008, Defendants removed this action to United States District
4  Court, Northern District of California, San Francisco Division, Case No. C08-01437 JL.

5  3. On March 18, 2008, Defendants filed their Motion to Stay Proceedings Pursuant to
6  FRCP 12(b)(1) and in the alternative, Motion to Dismiss Under FDRCP 12(b)(b).

7  4. On March 19, 2008, this action was reassigned to the Honorable Judge William
8  Alsup.

9  5. On May 13, 2008, this Court issued an order (1) Denying Plaintiff's Motion to
10 Remand; (2) Denying Defendants' Motion to Stay; (3) Granting Defendants' Motion to Dismiss
11 as to the individual defendants James Tobin, William R. Roskopf, Jennifer A. Hegner and
12 Thomas J. O'Connell, Jr.

13 6. Defendant Boston Scientific Corporation's Answer to the Complaint is currently
14 due on May 27, 2008.

15 7. On May 21, 2008 the parties discussed agreed to a 20 day extension for Defendant
16 to file its answer to Plaintiff's Complaint.

17 8. Therefore, the parties now jointly request that the Court issue an order granting an
18 extension of time allowing Defendant Boston Scientific Corporation to file its Answer to
19 Plaintiff's Complaint on or before June 16, 2008.

| | | |
|---|---|---|
| 1 | Dated: May 22, 2008 | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | | |
| 3 | | |
| 4 | | By /s/ Cecily A. Waterman |
| 5 | | Cecily A. Waterman<br>Attorneys for Defendant<br>BOSTON SCIENTIFIC CORPORATION |
| 6 | | |
| 7 | Dated: May 23, 2008 | THE EMPLOYMENT LAW GROUP, P.C. |
| 8 | | |
| 9 | | By /s/ Davis Scher |
| 10 | | Davis Scher<br>Attorneys for Plaintiff<br>ERIC WILLIAMS |

**ORDER**

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that Defendant Boston Scientific Corp. shall have until June 16, 2008, to file and serve its Answer to Plaintiff's Complaint.

Dated: _____    By _____
Honorable William H. Alsup
UNITED STATES DISTRICT JUDGE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

1-PA/3706982.1    3    STIP. FOR EXT. OF TIME TO
RESPOND TO PLAINTIFFS COMPLAINT