# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Williams, | 08-01437 WHA |
| Plaintiff(s), | **NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |
| v. | |
| Boston Scientific Corporation, | |
| Defendant(s). | |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order. Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter. Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)). (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

---

**Notice Re: Noncompliance With Court Order**
08-01437 WHA                                             -1-

450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment to an e-mail directed to adr@cand.uscourts.gov.

It is the responsibility of counsel to schedule an ADR Phone Conference, if required, to occur <u>before</u> the Case Management Conference.

Dated: June 5, 2008

> RICHARD W. WIEKING
> Clerk
> by:    Timothy J. Smagacz
>
> *[signature: Timothy Smagacz]*
> _____
> ADR Administrative Assistant
> 415-522-4205
> Tim_Smagacz@cand.uscourts.gov

**Notice Re: Noncompliance With Court Order**
08-01437 WHA                                         -2-

PROOF OF SERVICE

Case Name:       Williams v. Boston Scientific Corporation

Case Number:    08-01437 WHA

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On June 5, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> David Lawrence Scher
> The Employment Law Group, P.C.
> 888 17th Street, N.W.
> Suite 900
> Washington, DC 20006
> dscher@employmentlawgroup.net
>
> Jennifer Ann Lockhart
> Morgan, Lewis & Bockius LLP
> 2 Palo Alto Square
> 3000 El Camino Real, Ste. 700
> Palo Alto, CA 94306
> jlockhart@morganlewis.com
>
> Cecily A. Waterman
> Morgan, Lewis & Bockius LLP
> One Market, Spear Street Tower
> San Francisco, CA 94105-1126
>
> Cecily Ann Waterman
> Morgan, Lewis & Bockius LLP

One Market Plaza , Spear Street Tower
San Francisco, CA 94105
cwaterman@morganlewis.com


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:


I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on June 5, 2008 in San Francisco, California.

> RICHARD W. WIEKING
> Clerk
> by:   Timothy J. Smagacz
>
> _Timothy Smagacz_ (signature)
> ————————————————
> ADR Administrative Assistant
> 415-522-4205
> Tim_Smagacz@cand.uscourts.gov