DAVID SCHER, California Bar No. 184562
R. SCOTT OSWALD, *pro hac vice*
THE EMPLOYMENT LAW GROUP, P.C.
888 17th Street, NW, Suite 900
Washington, D.C. 20006
dscher@employmentlawgroup.net
(202) 261-2806
(202) 261-2835 (facsimile)
*Counsel for Plaintiff Eric Williams*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC WILLIAMS, <br><br> Plaintiff, <br><br> v. <br><br> BOSTON SCIENTIFIC CORPORATION, <br><br> Defendant. | Case No. 3:08-cv-01437-WHA <br><br> **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** <br><br> DATE:    JUNE 19, 2008 <br> TIME:    11:00 A.M. <br> COURTROOM:  9 <br> JUDGE:    HON. WILLIAM H. ALSUP |

### CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

June 17, 2008_____              _____
Date                                         David Scher, Attorney of Record