| Clerk's Use Only |
|---|
| Initial for fee pd.: |

R. SCOTT OSWALD
THE EMPLOYMENT LAW GROUP, P.C.
888 17th Street, N.W., Suite 900
Washington, D.C. 20006
Telephone: (202) 331-2883

FILED
08 JUN 12 PM 2:23

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ERIC WILLIAMS

                Plaintiff(s),

v.

BOSTON SCIENTIFIC CORPORATION

                Defendant(s).

CASE NO. 3:08-CV-01437-WHA

**APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE*

Pursuant to Civil L.R. 11-3, R. Scott Oswald, an active member in good standing of the bar of the District of Columbia, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Plaintiff Eric Williams in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Mark Venardi, 2033 N. Main Street, Suite 750, Walnut Creek, CA 94596
Telephone: (925) 937-3902

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 6/5/08

R. Scott Oswald

UNITED STATES DISTRICT COURT

Northern District of California

ERIC WILLIAMS

                Plaintiff(s),

v.

BOSTON SCIENTIFIC CORPORATION

                Defendant(s).

CASE NO. 3:08-CV-01437-WHA

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

R. Scott Oswald , an active member in good standing of the bar of the District of Columbia whose business address and telephone number (particular court to which applicant is admitted) is

The Employment Law Group, P.C., 888 17th Street, N.W., Suite 900
Washington, D.C. 20006
Telephone: (202) 331-2883

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff Eric Williams.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

_____
United States District    Judge