E-Filing

UNITED STATES DISTRICT COURT

Northern District of California

ERIC WILLIAMS

CASE NO. 3:08-CV-01437-WHA

~~(Proposed)~~
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Plaintiff(s),

v.

BOSTON SCIENTIFIC CORPORATION

Defendant(s).

R. Scott Oswald, an active member in good standing of the bar of the District of Columbia whose business address and telephone number (particular court to which applicant is admitted) is

The Employment Law Group, P.C., 888 17th Street, N.W., Suite 900
Washington, D.C. 20006
Telephone: (202) 331-2883

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff Eric Williams.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 6-17-08

_____
United States District   Judge