UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: June 19, 2008

Case No.  C 08-01437 WHA

Title: ERIC WILLIAMS v. BOSTON SCIENTIFIC CORP

Plaintiff Attorneys: H. Larry Elam, III

Defense Attorneys: CecilyWaterman

Deputy Clerk:  Dawn Toland              Court Reporter: Kathy Wyatt

**PROCEEDINGS**

1)   CMC - HELD

2)   _____

Complete Initial Disclosures (Rule 26): 6/30/08

Discovery Cutoff: 2/6/09

Designation of Experts: 2/6/09

Last Day to File Dispositive Motion: 3/26/09


Continued to __ for Further Case Management Conference

Continued to  6/1/09 at 2:00pm  for Pretrial Conference

Continued to  6/15/09 at 7:30am  for Jury Trial

**ORDERED AFTER HEARING:**

Parties agree to select a private mediator by 7/3/08 and complete mediation by 11/21/08.