CECILY A. WATERMAN, State Bar No. 063502
JENNIFER A. LOCKHART, State Bar No. 236972
MORGAN, LEWIS & BOCKIUS LLP
One Market
Spear Street Tower
San Francisco, CA 94105
Tel: 415.442.1000
Fax: 415.442.1001

Attorneys for Defendant
BOSTON SCIENTIFIC CORPORATION


DAVID SCHER, State Bar No. 184562
R. SCOTT OSWALD, Pro Hac Vice
THE EMPLOYMENT LAW GROUP, P.C.
888 17th Street, NW, Suite 900
Washington, D.C. 20006
Telephone: (202) 261-2806
Facsimile: (202) 261-2835

Attorney for Plaintiff
ERIC WILLIAMS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC WILLIAMS,<br><br>    Plaintiff,<br><br>v.<br><br>BOSTON SCIENTIFIC CORPORATION, JAMES TOBIN, WILLIAM R. ROSKOPF. JENNIFER A. HEGNER AND THOMAS J. O'CONNELL, JR.,<br><br>    Defendants. | Case No. 3:08-CV-01437-WHA<br><br>**NOTICE OF SELECTION OF MEDIATOR** |

The parties, by and of their counsel of record, hereby provide notice to the Court as follows:

1. On June 19, 2008, the parties appeared before the Honorable William H. Alsup at the initial Case Management Conference in this matter, at which the Court set a deadline of July 1, 2008 for the parties to select a mediator and to provide Notice to the Court of such.

---

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-PA/3714607.1        1        NOTICE OF SELECTION OF MEDIATOR

2. Shortly thereafter, as directed by the Court, the parties met and conferred regarding the selection of a mediator.

3. On or about July 1, 2008, the parties agreed to the selection of the Honorable Richard Patsey, of JAMS Dispute Resolution Services as the mediator in the matter.

4. The parties agree to proceed with mediation, to be completed by November 21, 2008, as set forth in Judge Alsup's June 19, 2008 Case Management Order.

Dated: July 3, 2008                                MORGAN, LEWIS & BOCKIUS LLP


By _____/s/_____
Jennifer A. Lockhart
Attorneys for Defendant
BOSTON SCIENTIFIC CORPORATION


Dated: July 3, 2008                                THE EMPLOYMENT LAW GROUP, P.C.


By _____/s/_____
Davis Scher
Attorneys for Plaintiff
ERIC WILLIAMS