IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ERIC WILLIAMS,

    Plaintiff,

    v.

BOSTON SCIENTIFIC CORPORATION, JAMES TOBIN, WILLIAM R. ROSKOPF, JENNIFER A. HEGNER, THOMAS J. O'CONNELL, JR., and DOES 1 through 10, inclusive,

    Defendants.

No. C 08-01437 WHA

**ORDER RE NOTICE OF SETTLEMENT**

    The Court thanks and acknowledges the parties' notice of settlement of the captioned matter but cautions that all deadlines remain operative until a dismissal is filed.

    **IT IS SO ORDERED.**

Dated: March 4, 2009.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE