```
 1  CECILY A. WATERMAN, State Bar No. 063502
    JENNIFER A. LOCKHART, State Bar No. 236972
 2  MORGAN, LEWIS & BOCKIUS LLP
    One Market
 3  Spear Street Tower
    San Francisco, CA 94105
 4  Tel: 415.442.1000
    Fax: 415.442.1001
 5  E-mail: cwaterman@morganlewis.com

 6  Attorneys for Defendant
    BOSTON SCIENTIFIC CORPORATION
 7
    DAVID SCHER, State Bar No. 184562
 8  R. SOTT OSWALD
    THE EMPLOYMENT LAW GROUP, P.C.
 9  888 17th Street, NW, Suite 900
    Washington, D.C. 20006
10  Telephone: (202) 261-2806
    Facsimile: (202) 261-2835
11
    Attorneys for Plaintiff
12  ERIC WILLIAMS
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BOSTON SCIENTIFIC CORPORATION, JAMES TOBIN, WILLIAM R. ROSKOPF. JENNIFER A. HEGNER AND THOMAS J. O'CONNELL, JR.,<br><br>　　　　　Defendants. | Case No. 3:08-CV-01437-WHA<br><br>**STIPULATION AND [PROPOSED] ORDER RE DISMISSAL WITH PREJUDICE** |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/21081275.1

CASE NO. 3:08-CV-01437-WHA
STIPULATION AND [PROPOSED] ORDER
RE DISMISSAL WITH PREJUDICE

Plaintiff Eric Williams and Defendant Boston Scientific Corporation stipulate and agree to the dismissal of all claims for relief contained in Plaintiff's Complaint with prejudice pursuant to F.R.C.P. 41(a).

Dated: April 23, 2009       MORGAN, LEWIS & BOCKIUS LLP

By _____
Cecily A. Waterman
Attorneys for Defendant
BOSTON SCIENTIFIC CORPORATION

Dated: April __, 2009       THE EMPLOYMENT LAW GROUP, P.C.

By _____
Davis Scher
Attorneys for Plaintiff
ERIC WILLIAMS

## ORDER

Based upon the stipulation above, the Court orders the dismissal of all claims for relief contained in Plaintiff's Complaint with prejudice.

**IT IS SO ORDERED.**

Dated: _____  By _____
Honorable William H. Alsup
UNITED STATES DISTRICT JUDGE

---

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/21081275.1

1

CASE NO. 3:08-CV-01437-WHA
STIPULATION AND [PROPOSED] ORDER
RE DISMISSAL WITH PREJUDICE

Plaintiff Eric Williams and Defendant Boston Scientific Corporation stipulate and agree the dismissal of all claims for relief contained in Plaintiff's Complaint with prejudice pursuant F.R.C.P. 41(a).

Dated: April ___, 2009

MORGAN, LEWIS & BOCKIUS LLP

By _____
Cecily A. Waterman
Attorneys for Defendant
BOSTON SCIENTIFIC CORPORATION

Dated: April 21, 2009

THE EMPLOYMENT LAW GROUP, P.C.

By _____
David Scher
Attorneys for Plaintiff
ERIC WILLIAMS

### ORDER

Based upon the stipulation above, the Court orders the dismissal of all claims for relief contained in Plaintiff's Complaint with prejudice.

**IT IS SO ORDERED.**

Dated: April 27, 2009

By _____
Honorable
UNITED

*IT IS SO ORDERED*
*Judge William Alsup*

CASE NO. 3:08-CV-01437-WHA